**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Deepa Krishnan (CA Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Applicant, AZOOGLEADS.COM, INC.


FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 10 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| AZOOGLEADS.COM, INC., a Delaware corporation,<br><br>Applicant,<br><br>vs.<br><br>SEAMLESS MEDIA SOLUTIONS, LLC, a California Limited Liability Company dba SEAMLESS MEDIA CORP., JAY WILLIAMS, an individual, WILLIAM MARTIN, an individual, SHAUN MCCRACKEN, an individual, and DOES 1 through 150 inclusive,<br><br>Respondents. | Case No. SACV07-1403 CJC (MLGx)<br><br>**[PROPOSED] ORDER GRANTING AZOOGLEADS.COM, INC.'S EX PARTE APPLICATION TO SHORTEN TIME ON MOTION TO COMPEL**<br><br>[Hearing, if any, to be scheduled by the Court]<br><br>The Honorable Cormac J. Carney |

**BY FAX**


**DENIED**
BY ORDER OF
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE
ON 12-10-07

---

Case No. SACV07-1403 CJC (MLGx)     1     [PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO SHORTEN TIME

# ORDER

Applicant AzoogleAds.com, Inc.'s ("Azoogle") Ex Parte Application to Shorten Time on Motion to Compel was presented to this Court. Having considered the Application, the memoranda and declarations filed by both sides, oral argument of counsel, the pleadings and papers filed in this action, and the relevant statutory and case law, and good cause appearing therefore,

IT IS HEREBY ORDERED that Azoogle's Ex Parte Application to Shorten Time on Motion to Compel is GRANTED, and the time for hearing on Azoogle's motion to compel is scheduled for December _____, 2007.

IT IS SO ORDERED.

Dated:_____

_____
THE HONORABLE CORMAC J. CARNEY

Judge of the United States District Court
for the Central District of California