1 **KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
2 Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
3 Deepa Krishnan (CA Bar No. 228664)
150 Post Street, Suite 520
4 San Francisco, CA 94108
Telephone: (415) 955-1155
5 Facsimile: (415) 955-1158

6 Attorneys for Applicant, AZOOGLEADS.COM, INC.



JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| AZOOGLEADS.COM, INC., a Delaware corporation,<br><br>Applicant,<br><br>vs.<br><br>SEAMLESS MEDIA SOLUTIONS, LLC, a California Limited Liability Company dba SEAMLESS MEDIA CORP., JAY WILLIAMS, an individual, WILLIAM MARTIN, an individual, SHAUN MCCRACKEN, an individual, and DOES 1 through 150 inclusive,<br><br>Respondents. | Case No. SACV07-1403 CJC (MLGx)<br><br>**AZOOGLEADS.COM, INC.'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>**BY FAX** |

Case No. SACV07-1403 CJC (MLGx)        **NOTICE OF VOLUNTARY DISMISSAL**

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Applicant AzoogleAds.com, Inc., voluntarily dismisses the above-captioned action without prejudice.

Dated: December 17, 2007

Kronenberger Burgoyne, LLP

By: _____
Jeffrey M. Rosenfeld

Attorneys for Applicant,
AZOOGLEADS.COM INC.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On December 17, 2007, I served the following document(s):

**AOOGLEADS.COM, INC.'S NOTICE OF VOLUNTARY DISMISSAL**

on the parties listed below as follows:

M. Candice Bryner
LAW OFFICES OF M. CANDICE BRYNER
2102 Business Center Drive, Suite 149
Irvine, CA 92612

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Pete Touschner*
Pete Touschner